# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 4, 2018

157551

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

GERARD TRUDEL,
   Plaintiff-Appellant,

v

CITY OF ALLEN PARK, CITY OF ALLEN
PARK EMPLOYEES RETIREMENT SYSTEM,
CITY OF ALLEN PARK EMPLOYEES
RETIREMENT SYSTEM BOARD OF
TRUSTEES, GARY BURTKA, BEVERLY
KELLEY, ELLEN TEMPLIN, DAVID TRINGER,
and JAMES WILKEWITZ,
   Defendants-Appellees.

SC: 157551
COA: 332661
Wayne CC: 10-012758-CZ

_____/

   On order of the Court, the application for leave to appeal the March 6, 2018 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 4, 2018



t1126

        Clerk